JUNE 15, 2004, SYRACUSE, NY  TIME: <u>2:30 PM - 2:45 PM</u>
HON. DAVID E. PEEBLES, PRESIDING

CLERK: CINDY MCNULTY

CURTIS BROWN
vs.  5:01-CV-1523(FJS/DEP)
CITY OF SYRACUSE

*Appearances:*

For Pltf:   Deep Law Firm by: **Norman Deep, Esq. & A.J. Bosman**

For Deft(s):   Ofc. of Corp. Counsel by: **David Walsh, Esq.**

---

**TC:**   Parties discussed the status of this case.  They requested an extension of the discovery deadline and MJ Peebles said he would issue a short form order extending certain deadlines.  Next telephone conference scheduled for 9/20/04 at 4:00 p.m (defendant to initiate).