UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CURTIS BROWN,

    vs                                        **ORDER OF RECUSAL**

CITY OF SYRACUSE,                     Civil Action No.
                                                   5:01-CV-1523 (GTS/DEP)
                Defendant.
_____

       The undersigned hereby **RECUSES** himself from the above-entitled action which was assigned to him on March 12, 2009.  At a pretrial conference held on March 24, 2009 with counsel for all parties, Plaintiff's counsel advised that she may call witnesses at the time of trial who were employed by the District Attorney's Office and were under my direct supervision while I was the First Assistant District Attorney.  Therefore, I recuse myself from this action.

       WHEREFORE, it is hereby

       ORDERED that the Clerk enter this Order of Recusal for the undersigned; and it is further

       ORDERED that the Clerk shall directly reassign this case to United States District Judge David N. Hurd; and it is further

       ORDERED that the Clerk shall serve a copy of this Order on the parties and the United States District Judge to whom the case is assigned.

Dated: March 25, 2009

                                                          Hon. Glenn T. Suddaby
                                                          U.S. District Judge